BUTLER COUNTY BAR ASSOCIATION *v.* DOLL.

[Cite as *Butler Cty. Bar Assn. v. Doll* (1997), 80 Ohio St.3d 273.]

(No. 97–1299—Submitted August 26, 1997—Decided November 19, 1997.)

*Patricia S. Oney* and *Gary H. Kaup*, for relator.

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.